**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

IN RE PETITION OF ISLAND GLOBAL
YACHTING LLC FOR JUDIICAL ASSISTANCE
PURSUANT TO 28 U.S.C. § 1782

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/2026

26-MC-00053 (VSB)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

In its reply brief, Petitioner requests leave to amend its application to substitute IGY Services Europe Limited ("IGY UK") as petitioner in the event the Court agrees with Respondents that Island Global Yachting LLC is not an "interested person" under 28 U.S.C. § 1782. In light of that alternative request, and to conserve judicial resources, the parties are directed to meet and confer regarding whether amendment should be permitted. By May 29, 2026, the parties shall file either a stipulation consenting to the filing of an amended application or a joint letter setting forth their respective positions on whether amendment should be permitted.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    May 20, 2026
          New York, New York