# EXHIBIT A

| | |
|---|---|
| **From:** | Jacob R. Kirkham |
| **To:** | Schryver, Gavin D.; *eselden@ramllp.com; *GWhirley@ramllp.com; Marks, Aaron |
| **Cc:** | Danielle Rose; Darryl Stein; Paul Kanellopoulos; Gilbert, Adam; Mealiffe, Thomas; Jason C. Jowers |
| **Subject:** | RE: [EXTERNAL] RE: MarineMax East Inc., et al., v. Island Maria Holdings LLC (N25C-04-293-EMD) |
| **Date:** | Tuesday, May 12, 2026 7:57:30 PM |
| **Attachments:** | shield-advisory.png |
| | chevron-light.png |

Counsel,

Thank you for your time today.  As discussed on our call, below is a quick recap of the matters we discussed and resolved:

- MarineMax East, Inc. ("MarineMax East") and IGY Services Europe Limited ("IGY UK") agreed to treat the forthcoming responses and objections of Island Marina Holdings LLC, Island Capital Group LLC, and Andrew L. Farkas to the requests for production and interrogatories as confidential pending entry of a protective order.

- We understand that you are taking the position that the employment agreement that you previously sent us between IGY UK and Kenneth Jones is confidential, and we will proceed accordingly in our upcoming motion to dismiss (discussed below).

On our call, we also responded to the question you posed in the Section 1782 context regarding consent to jurisdiction in England.  As we discussed, Island Marina Holdings LLC, Island Capital Group LLC, and Andrew L. Farkas (together, the "Movants") are each moving to dismiss IGY UK's claims against Movants set forth in the First Amended Complaint (the Third and Fourth Causes of Action, the "IGY UK Claims") later this week.  In Movants' view, if the IGY UK Claims were permitted to proceed anywhere, such claims should proceed in IGY UK's action against Kenneth Jones in the English High Court (the "English Action"). Accordingly, Movants consent to being joined in the English Action for purposes of resolving the IGY UK Claims in England, provided that the IGY UK Claims are adjudicated solely in the English Action.

Per our discussion, in addition to moving to dismiss the IGY UK Claims, Marina Holdings will be moving to dismiss the breach of contract claim (the Second Cause of Action).  As the Court already resolved the First Cause of Action alleged in the Amended Complaint, staying discovery until resolution of the motion to dismiss the Second, Third, and Fourth Causes of Action (together, the "New Claims") is appropriate as a matter of efficiency and conservation of resources and, on our call, we asked whether your clients will consent to such stay. Accordingly, please let us know by tomorrow at 5 p.m. if MarineMax East and IGY UK consent to stay discovery on the New Claims pending resolution of Movants' motion to dismiss the New Claims. Absent agreement, Movants intend to move to stay discovery on the New Claims pending resolution of their forthcoming motion to dismiss.  Per our discussion, we agree that discovery on the earnout claims, which commenced following the Court's resolution of MarineMax East's motion to dismiss, should continue and not be stayed.

Thanks,

Jacob R. Kirkham
+1 302 518 6456

## KOBRE & KIM

**www.kobrekim.com**

**Americas** (New York, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**APAC** (Hong Kong, Seoul, Shanghai), **Caribbean** (BVI, Cayman Islands), **EMEA** (Cyprus, Dubai, London, Tel Aviv)

**From:** Jacob R. Kirkham <Jacob.Kirkham@kobrekim.com>
**Sent:** Monday, May 11, 2026 2:24 PM
**To:** Schryver, Gavin D. <gavin.schryver@kirkland.com>; *eselden@ramllp.com <eselden@ramllp.com>; *GWhirley@ramllp.com <GWhirley@ramllp.com>; Marks, Aaron <aaron.marks@kirkland.com>
**Cc:** Danielle Rose <Danielle.Rose@kobrekim.com>; Darryl Stein <Darryl.Stein@kobrekim.com>; Paul Kanellopoulos <Paul.Kanellopoulos@kobrekim.com>; Gilbert, Adam <agilbert@nixonpeabody.com>; Mealiffe, Thomas <tmealiffe@nixonpeabody.com>; Jason C. Jowers <jjowers@bayardlaw.com>
**Subject:** RE: [EXTERNAL] RE: MarineMax East Inc., et al., v. Island Maria Holdings LLC (N25C-04-293-EMD)

Great.  We will send a calendar invite.

Best,

Jacob R. Kirkham
+1 302 518 6456

## KOBRE & KIM

**www.kobrekim.com**

**Americas** (New York, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**APAC** (Hong Kong, Seoul, Shanghai), **Caribbean** (BVI, Cayman Islands), **EMEA** (Cyprus, Dubai, London, Tel Aviv)

**From:** Schryver, Gavin D. <gavin.schryver@kirkland.com>
**Sent:** Monday, May 11, 2026 2:21 PM

**To:** Jacob R. Kirkham <Jacob.Kirkham@kobrekim.com>; *eselden@ramllp.com <eselden@ramllp.com>; *GWhirley@ramllp.com <GWhirley@ramllp.com>; Marks, Aaron <aaron.marks@kirkland.com>
**Cc:** Danielle Rose <Danielle.Rose@kobrekim.com>; Darryl Stein <Darryl.Stein@kobrekim.com>; Paul Kanellopoulos <Paul.Kanellopoulos@kobrekim.com>; Gilbert, Adam <agilbert@nixonpeabody.com>; Mealiffe, Thomas <tmealiffe@nixonpeabody.com>; Jason C. Jowers <jjowers@bayardlaw.com>
**Subject:** RE: [EXTERNAL] RE: MarineMax East Inc., et al., v. Island Maria Holdings LLC (N25C-04-293-EMD)

 External email >

9:30 works for us

**Gavin D. Schryver**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 390 4644  **M** +1 646 853 5826
**F** +1 212 446 4900

gavin.schryver@kirkland.com

**From:** Jacob R. Kirkham <Jacob.Kirkham@kobrekim.com>
**Sent:** Monday, May 11, 2026 1:43 PM
**To:** Schryver, Gavin D. <gavin.schryver@kirkland.com>; *eselden@ramllp.com <eselden@ramllp.com>; *GWhirley@ramllp.com <GWhirley@ramllp.com>; Marks, Aaron <aaron.marks@kirkland.com>
**Cc:** Danielle Rose <Danielle.Rose@kobrekim.com>; Darryl Stein <Darryl.Stein@kobrekim.com>; Paul Kanellopoulos <Paul.Kanellopoulos@kobrekim.com>; Gilbert, Adam <agilbert@nixonpeabody.com>; Mealiffe, Thomas <tmealiffe@nixonpeabody.com>; Jason C. Jowers <jjowers@bayardlaw.com>
**Subject:** RE: [EXTERNAL] RE: MarineMax East Inc., et al., v. Island Maria Holdings LLC (N25C-04-293-EMD)

Gavin,

How about tomorrow morning between 9:30am-11:00am?

Jacob R. Kirkham
+1 302 518 6456

# KOBRE & KIM

**www.kobrekim.com**

**Americas** (New York, Delaware, Miami, San Francisco, São Paulo, Washington DC)

**APAC** (Hong Kong, Seoul, Shanghai), **Caribbean** (BVI, Cayman Islands), **EMEA** (Cyprus, Dubai, London, Tel Aviv)

---

**From:** Schryver, Gavin D. <gavin.schryver@kirkland.com>
**Sent:** Monday, May 11, 2026 11:37 AM
**To:** Jacob R. Kirkham <Jacob.Kirkham@kobrekim.com>; *eselden@ramllp.com <eselden@ramllp.com>; *GWhirley@ramllp.com <GWhirley@ramllp.com>; Marks, Aaron <aaron.marks@kirkland.com>
**Cc:** Danielle Rose <Danielle.Rose@kobrekim.com>; Darryl Stein <Darryl.Stein@kobrekim.com>; Paul Kanellopoulos <Paul.Kanellopoulos@kobrekim.com>; Gilbert, Adam <agilbert@nixonpeabody.com>; Mealiffe, Thomas <tmealiffe@nixonpeabody.com>; Jason C. Jowers <jjowers@bayardlaw.com>
**Subject:** [EXTERNAL] RE: MarineMax East Inc., et al., v. Island Maria Holdings LLC (N25C-04-293-EMD)

Hi Jake – This afternoon doesn't work great for our side, how about tomorrow?

**Gavin D. Schryver**

------------------------------------------------

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 390 4644  **M** +1 646 853 5826
**F** +1 212 446 4900

------------------------------------------------

gavin.schryver@kirkland.com

---

**From:** Jacob R. Kirkham <Jacob.Kirkham@kobrekim.com>
**Sent:** Monday, May 11, 2026 11:11 AM
**To:** *eselden@ramllp.com <eselden@ramllp.com>; *GWhirley@ramllp.com <GWhirley@ramllp.com>; Marks, Aaron <aaron.marks@kirkland.com>; Schryver, Gavin D. <gavin.schryver@kirkland.com>
**Cc:** Danielle Rose <Danielle.Rose@kobrekim.com>; Darryl Stein <Darryl.Stein@kobrekim.com>; Paul Kanellopoulos <Paul.Kanellopoulos@kobrekim.com>; Gilbert, Adam <agilbert@nixonpeabody.com>; Mealiffe, Thomas <tmealiffe@nixonpeabody.com>; Jason C. Jowers <jjowers@bayardlaw.com>
**Subject:** MarineMax East Inc., et al., v. Island Maria Holdings LLC (N25C-04-293-EMD)

Counsel:

We write to follow-up on a question you posed in the Section 1782 context and related discovery considerations in the Delaware action. Would you be available for a brief call this afternoon?

Best,

Jacob R. Kirkham
+1 302 518 6456

**KOBRE & KIM**

**www.kobrekim.com**

**Americas** (New York, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**APAC** (Hong Kong, Seoul, Shanghai), **Caribbean** (BVI, Cayman Islands), **EMEA** (Cyprus, Dubai, London, Tel Aviv)

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.