**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

**IN RE PETITION OF ISLAND GLOBAL**
**YACHTING LLC FOR JUDIICAL ASSISTANCE**
**PURSUANT TO 28 U.S.C. § 1782**

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2026

**26-MC-00053 (VSB)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Pursuant to 28 U.S.C. § 1782, Petitioner Island Global Yachting LLC ("IGY") seeks discovery for use in a foreign proceeding. In opposition, Respondents Island Capital Group LLC, Andrew L. Farkas, and Thomas Mukamal oppose the discovery for several reasons, including that IGY is not an "interested party" under § 1782 because IGY's UK-based affiliate IGY Services Europe Limited ("IGY UK") is pursuing the foreign litigation, not IGY. In its reply brief, IGY argues that its wholly-owned subsidiary, IGY UK, is a party to the foreign litigation, and therefore it qualifies as an interested party. In the alternative, IGY seeks to amend its Application to substitute IGY UK as the petitioner. ECF No. 21 at 6 n.5.

The Court directed the parties to meet and confer and file either a stipulation consenting to amendment of the Application or a joint letter setting forth their respective positions on whether amendment should be permitted. ECF No. 24 The parties filed a joint letter on May 29, 2026. ECF No. 25. For the reasons below, Petitioner's request for leave to amend is GRANTED.

Under Federal Rule of Civil Procedure 15(a)(2), courts should freely give leave to amend when justice so requires. The proposed amendment would substitute IGY UK, the entity that commenced the English proceeding, as petitioner and would address the threshold issue raised by Respondents regarding whether IGY is an "interested person" under § 1782. Respondents have not shown undue prejudice from the substitution itself. Although Respondents argue that IGY

could have sought amendment earlier, IGY requested amendment in its reply brief and Respondents have had an opportunity to address the amendment in response to the Court's Order.

Accordingly, Petitioner shall file an amended Application substituting IGY UK as petitioner by June 12, 2026. In light of this amendment, and to the extent warranted, Respondents may file a brief supplemental opposition tailoring its arguments to the new party. Such supplement shall be filed by June 26, 2026. Petitioner may file a brief and tailored reply by July 6, 2026. Finally, Respondents' request to defer ruling on the Application pending resolution of motions in the related Delaware action is DENIED.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:       June 9, 2026
             New York, New York

2