UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of<br><br>ISLAND GLOBAL YACHTING LLC<br><br>Petitioner, for an Order pursuant to 28 U.S.C. § 1782 to Obtain Discovery for Use in a Foreign Proceedings | **Case No.: 1:26-mc-00053-VSB-SN**<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD**:

I am admitted to practice in this court, and I appear in this case as for counsel for Respondent Andrew L. Farkas and hereby request that all further electronic notices, communications, orders, papers and filings in this proceeding be served upon the undersigned at the office address stated below or via CM/ECF, the Court's electronic filing system.

Dated: July 2, 2026

**NIXON PEABODY LLP**

*/s/ Thomas M. Mealiffe*
Thomas M. Mealiffe
55 West 46th Street
New York, New York 10036
Telephone: (212) 940-3000
tmealiffe@nixonpeabody.com

*Attorneys for Respondent*
*Andrew L. Farkas*